**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alvin Ray JOHNSON, II, a.k.a.**
**Poe, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Alvin Ray Johnson, II, a.k.a. Poe,**
**Defendant–Appellant.**

**Nos. 13–13940, 13–14694.**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 22, 2014.

Michael B. Billingsley, John B. Felton, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Alison Wallace, Attorney at Law, Pelham, AL, for Defendant–Appellant.

Before TJOFLAT, JORDAN and HILL, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Alvin Ray Johnson, II in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Johnson's conviction and sentence are **AFFIRMED.**